IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BRAZOS SHOPPING CENTER, LP,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:16-cv-131-O |
| § | |
| **THE TRAVELERS LLOYDS** § | |
| **INSURANCE COMPANY and KIRK** § | |
| **SPEARY,** § | |
| § | |
| Defendants. § | |

**ORDER**

Before the Court is the parties' Agreed Motion to Remand (ECF No. 6), filed April 20, 2016. Accordingly, it is **ORDERED** that the Motion is **GRANTED** and that this action is **REMANDED** to the 29th Judicial District Court of Palo Pinto County, Texas. The District Clerk shall ensure that this case is returned in due course.

**SO ORDERED** on this **21st day** of **April, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE